**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RONALD KELSOR,**

        **Petitioner,**

        **v.**

**UNITED STATES OF AMERICA,**

        **Respondent.**

**CASE NO. 2:12-CV-01212**
**CRIM. NO. 2:08-CR-81(5)**
**Judge Graham**
**Magistrate Judge King**

**ORDER**

On June 13, 2014, the United States Magistrate Judge recommended that this action under 28 U.S.C. § 2255 be dismissed. *Report and Recommendation,* Doc. No. 991. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 991, is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

Date: July 15, 2014

                                                    s/James L. Graham
                                          JAMES L. GRAHAM
                                          United States District Judge